# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HUGH HAMILTON ROBINSON
a/k/a "Alexander MaCaulay"
BERT ALLEN AMMONS

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4101-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ May 5, 2000 _____ in Broward _____ county, in the

__Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense) knowingly combine, conspire, confederate and agree with each other and others, known and unknown, to commit an offense against the United States, to wit: to impede, interfere and obstruct the lawful government functions of the United States Customs Service and the Environmental Protection Agency by importing contrary to law approximately ninety 30 pound canisters of CFC-12,

in violation of Title __18__ United States Code, Section(s) __545, 2 & 42 USC 7671c__

I further state that I am a(n) __USCS Special Agent__ and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Stephen E. Cole, SPECIAL AGENT
United States Customs Service

Sworn to before me, and subscribed in my presence,

May 9, 2000
Date

at Fort Lauderdale, Florida
City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Special Agent, Stephen E. Cole, United States Department of the Treasury, United States Customs Service, being duly sworn depose and say: I am a Special Agent with the United States Customs Service, (hereafter "USCS") and have been so employed for over thirteen (13) years.

The facts contained in this affidavit are of my own personal knowledge, observations and facts related to me by agents of the United States Customs Service and law enforcement personnel involved in this investigation.

1. On the evening of May 4, 2000, Fort Lauderdale Police Marine Patrol observed the motor vessel SIERRA, a 41 foot SeaRay, operating without navigational lights and creating a wake in the vicinity of the New River in Fort Lauderdale, Florida during the hours of darkness in violation of federal regulations and Florida law. Upon boarding the M/V SIERRA, it was determined that the vessel had just arrived to the United States from the Bahamas. The master of the vessel was identified as Bert Allen AMMONS and the passenger/renter of the vessel was identified as Hugh Hamilton ROBINSON a.k.a. Alexander MACAULAY. During the initial inspection of the vessel, a marijuana cigarette was found on ROBINSON and a small amount of cocaine hydrochloride was found on AMMONS. Both

subjects were placed under arrest for violation of state narcotics laws.

2. As part of the inspection of the vessel, the police officers observed in plain sight numerous marked containers of R-12 (Freon). The police officers then summoned U.S. Customs Special Agents from the RAIC Fort Lauderdale to the police dock where the vessel was being detained. U.S. Customs Special Agents arrived to conduct a border search of the vessel. The agents determined that the R-12 (Freon) was a prohibited substance and it was being imported to the United States contrary to U.S. laws 18 USC 545 and 42 USC 7671.

3. The Special Agents interviewed ROBINSON after he had been read his Miranda Rights. ROBINSON agreed to speak about his actions. According to ROBINSON, he purchased sixty-five (65) thirty (30) pound canisters of R-12 (Freon) in the Bahamas with the intent of importing the canisters to the United States. AMMONS was to sell the canisters to various customers in South Florida. A search of the vessel found a receipt for the purchase of forty (40) canisters of R-12 (Freon) in Nassau, Bahamas. Customs Agents found a total of ninety (90) thirty pound canisters of R-12 (Freon) secreted throughout the vessel.

3. Wherefore, your affiant believes there is probable cause to assert that Hugh Hamilton ROBINSON a.k.a. Alexander MACAULAY and Bert Allen AMMONS did knowingly and intentionally combine, confederate and agree to import and possess with intent to distribute a Class I controlled substance, to wit R-12 (Freon), in violation of Title 42, United States Code, Sections 7671(3) and 7671 c and Title 18, United States Code, Sections 545 and 2.

*[signature]*
STEPHEN E. COLE
SPECIAL AGENT
U.S. CUSTOMS SERVICE

Sworn and subscribed to me this <u>9th</u> day of May, 2000.

*[signature]*
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3