U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BERT A. AMMONS (J)  CASE NO: 00-6136-CR-FERGUSON
AUSA: TOM WATTS-FITZGERALD / Bardfeld  ATTY: Tim Day  for bond only?
AGENT: USCS  VIOL: 18:545L; 42:7671(c)
PROCEEDING I/A ON INDICTMENT  RECOMMENDED BOND PTD /100,000 CSB w/ Debbie
BOND HEARING HELD: yes/no  COUNSEL APPOINTED
 BOND SET @ 100,000 PSB  FILED by JUN -J 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.
 SPECIAL CONDITIONS: father
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel restricted extended to: SD/FL
4) drug testing/trmt per PTS
5) refrain from excessive use of alcohol

advised of charges - sworn for counsel

re-set for 2:30 pm today

FPD conflicted - Philip Horowitz appt'd

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  Reading of Indictment Waived
                                              Not Guilty plea entered
                        PTD/BOND HRG:          Jury trial demanded
                                              Standing Discovery Order requested
father's #            PRELIM/ARRAIGN:
(561) 781-5667        REMOVAL HRG:
                      STATUS CONF: 6-15  11  BSS

Date: 6-1-00    Time 11:00    FTL/LSS TAPE #00- 028  Begin: 505  End:
                                    re-call - 1556   2026