*475306*

## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

BERT ALLEN AMMONS

**CASE NUMBER:** $00 - 4/01 - BSS$

**TO:**    **The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____    BERT ALLEN AMMONS
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)    knowingly combine, conspire, confederate and agree with each other and others, known and unknown, to commit an offense against the United States, to wit: to impede, interfere and obstruct the lawful government functions of the United States Customs Service and the Environmental Protection Agency by importing contrary to law approximately ninety 30 pound canisters of CFC-12.

in violation of Title 18 United States Code. Section(s) 545. 2 & 42 USC 7671c

BARRY SELTZER
~~GEORGE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

May 9, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 5/9/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/31/2000 | FOR:   USC | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ BERT ALLEN AMMONS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ MALE _____ RACE: _____

HAIR: _____ EYES: _____

SCARS. TATTOOS. OTHER DISTINGUISHING MARKS _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ USCS, 299 E. Broward Boulevard, Fort Lauderdale, FL 33301 _____

_____ S/A Stephen E. Cole (954) 356-7238x126