UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,      :

    Plaintiff,             :

v.                             :

HUGH ROBINSON,                 :

    Defendant.             :
_____

**O R D E R**

THIS CAUSE is before the Court on the Federal Public Defender's Motion for Termination of Appointment of Counsel (DE 15), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause, as Max Engel, Esquire, has filed a Notice of Appearance.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of June, 2000.

                                       *Lurana S. Snow*
                                  LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Tom Watts-Fitzgerald (MIA)
Max Engel, Esq.
AFPD Robert Berube (FTL)