UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA

vs

BERT A. AMMONS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 1, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM_____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____PHILIP HOROWITZ, ESQ._____

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED: $____100,000 PSB_____

Bond hearing held: yes_____  no____  Bond hearing set for_____

Dated this__1ST___day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
    Deputy Clerk

Tape No.  /  00-028

cc: Copy for Judge
    U. S. Attorney

