UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  U.S. Marshal # __55325-004__
             Plaintiff   )  Case Number: CR 00-__6136-CR-WDF__
                         )                  ~~4101-BS~~
                         )  REPORT COMMENCING CRIMINAL
   -vs-                  )  ACTION
                         )
__Ammons, Bert Allen__   )
            Defendant

*********************************************************

TO: Clerk's Office   MIAMI   /FT. LAUDERDALE/   W. PALM BEACH
    U.S. District Court      ~~(circle one)~~

FILED by ___ D.C.
JUN - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __5-31-00__  __5:00__  am/(pm)

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Smuggling Freon__

(4) U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: __6-11-55__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# __00-4101-BS__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __S/F/a__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

    Amount of Bond: $ __PTD Request__
    Who set Bond: __Snow__

(7) Remarks: _____

(8) Date: __6-1-00__   (9) Arresting Officer: _____

(10) Agency: __U.S. Customs__  (11) Phone: _____

(12) Comments: _____