UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and hereby files the attached additional surety (his father) for the Defendant's $100,000 personal surety bond set by United States Magistrate Judge Lurana S. Snow on June 1, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of June, 2000 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

                                    Respectfully submitted,

                                    LAW OFFICES OF PHILIP R. HOROWITZ
                                    Attorney for Defendant AMMONS
                                    Suite #328 - Southpark Centre
                                    12651 South Dixie Highway
                                    Miami, Florida 33156
                                    Tel.: (305) 232-1949
                                    Fax.: (305) 232-1963

                                    _____
                                    By: PHILIP R. HOROWITZ, ESQUIRE
                                    Florida Bar No.: 466557

CASE NO: _OO-6136-CR-WDF_

COUNTY OF ?????   )
STATE OF  ????   )

    Being first duly sworn, I hereby state that I have been asked to sign a $ _100,000_ personal surety bond on behalf of _Bert A. Ammons_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this __6__ day of __June__, 1996.

✓ _W. P. C_____
Name

_2660 S.E. ST. Lucie Blvd._
Address

_STUART_, _FLA._  _34996_
City    State    Zip

Sworn and subscribed before me this _6th_ day of
_June_, 2000. ~~1990~~.

_____
NOTARY PUBIC

My Commission Expires:

Mary E. Schmude
MY COMMISSION # CC844510 EXPIRES
July 18, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301