-cr-06136-WDF. MA Document 33 BAR Entered on FLSD Docket 06/16/2000 F

DEFT: Bert Amons (no deft needed)    CASE NO: 00-6136-CR-Ferguson

AUSA: Tom Watts-Fitzgerald/Brown    ATTNY: Phil Horowitz *not present*

AGENT: _____    VIOL: _____

PROCEEDING: Status Conference    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

FILED by _____ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) ____ Halfway House

____ Electronic Monitoring

*Govt could not today*
*-plea - unknown*
*3 days to try*
*Govt ready*

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 6-15-00    TIME: 11:0a0m    TAPE # 00- 050 PG # 2440-2460