UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

BERT AMONS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today be complying with its obligations under the Standing Discovery Order. The Government further represented that there are no motions currently pending. The Government is ready to proceed and anticipates that this matter will require two days to try.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this 15 day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.

United States District Judge

Tom Watts-Fitzgerald, Esquire
Assistant United States Attorney

Philip Horowitz, Esquire
12651 South Dixie Highway, Suite 328
Miami, Florida 33156-5964
Attorney for Defendant