UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

                             Magistrate Judge Snow

    Defendant.
_____/

## MOTION FOR CONTINUANCE OF TRIAL

    COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and moves this Court for the entry of an order continuing the trial of this matter and in support thereof states as follows:

    1.    That on June 1, 2000, the undersigned was appointed as attorney of record for this Defendant pursuant to the Criminal Justice Act by United States Magistrate Judge Lurana S. Snow.

    2.    Two weeks later, on June 16, 2000 this Court has set the trial of this matter for the trial period commencing July 17, 2000 in Ft. Lauderdale.

    3.    Since that date, the parties have held a discovery conference and an offer to resolve this case was communicated to counsel last week. However, defense counsel was on vacation and the offer was just communicated to the client who is a resident of Martin County.

    4.    In order that the offer can be properly communicated to the defendant and that he may make a knowing and intelligent decision as to whether to proceed to trial or accept the offer, it is respectfully requested that this case be continued until the



next two week period.

5. Additionally, counsel has the following conflicts with previously set hearing and trials that may necessitate the continuing of this matter:

a) <u>United States vs. Gerardo Hernandez, et al.</u>, Case No.: 98-721-CR-LENARD(s)(s) has a specially set §5 hearing pursuant to the Classified Information and Procedures Act set for Monday, July 17, 2000 at 9:00 a.m. for the full day.

b) <u>United States vs. Nobel Castillo, et al.</u>, Case No.: 99-749-CR-KING is set for trial period commencing July 17, 2000 in Miami. This is a eight defendant case where all defendants are incarcerated and was continued during jury selection back in early April, 2000. Trial is expected to last one week.

6. The is the first time that this matter has been set for trial and no prior continuances have been requested.

7. That this motion is being made in good faith and not merely for purposes of delay.

8. On Friday, July 7, 2000 the undersigned counsel spoke with Assistant U.S. Attorney Thomas Watts-Fitzgerald pursuant to Local Rule 88.9 Mr. Watts-Fitzgerald has no objection to the granting of this motion as requested.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court continue the trial of this case for two weeks.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and mailed this 8th day of July, 2000 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

    Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant AMMONS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557