## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED
JUL 10 2000

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6136-Cr   Date: 7-10-2000
Clerk: Valerie Humphries   Reporter: Paul Haferling
USPO: _____   Interpreter: None
**UNITED STATES OF AMERICA vs.** Bert A. Ammons

AUSA: Thomas Watts-Fitzgerald
Defendant(s) Counsel: Philip R. Horowitz

Defendant(s) Present___ Not Present_X_ In Custody___
Reason for hearing: Calendar Call

Result of hearing: Defendant's Written Motion to Continue Trial filed 7-10-00 is Granted

Case Continued to: 7-24-00   Time 3:15   p.M. For: Calendar Call