UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,
                            Magistrate Judge Snow

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and moves this Court for the entry of an order modifying his conditions of bond to allow him to change his residence address and maintain a dual residence address and as grounds therefor would state as follows:

1. That on or about June 1, 2000 the defendant was arrested based on the indictment that had been returned against him in this case.

2. That after a bond hearing, also on June 1, 2000, the defendant was released on a $100,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Lurana S. Snow.

3. One of the conditions of the Defendant's bond was that he continue to reside as his father's residence address in Stuart, Florida which is listed on his appearance bond paperwork.

4. The Defendant is desirous of also staying with his wife and daughter at the residence of a very long time family friend, R. Jerry Randolph, Esquire who resides at 43 Seminole Street, also in Stuart, Florida.



5. As the bond is structured now, the Defendant is at the Seminole Street residence most of the time bit cannot officially reside there or spend the night or substantial time there because it is not a listed residence address.

6. Therefore it is respectfully requested that the Defendant be permitted to have the Seminole Street address considered as a dual residence address.

7. Pursuant to Local Rule 88.9, On August 21, 2000 the undersigned spoke with Assistant United States Attorney Thomas Watts Fitzgerald and United States Pretrial Services Officer David Farinacci who have no objection to the granting of this motion.

WHEREFORE, the Defendant BERT A. AMMONS respectfully requests that this Court enter an order modifying the bond conditions as requested above.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and mailed this 21st day of August, 2000 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and to MR. DAVID FARINACCI, United States Pretrial Services Officer, 505 South 2nd Street, Suite #225, Ft. Pierce, Florida 34950.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant AMMONS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557