UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GRANTED
[signature]
WILKIE D. FERGUSON, JR.
9/12/00
DATE

UNITED STATES OF AMERICA,

Plaintiff,

FILED by AHO D.C.
SEP 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

vs.                CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

Magistrate Judge Snow

Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and moves this Court for the entry of an order modifying his conditions of bond to allow him to change his residence address and maintain a dual residence address and as grounds therefor would state as follows:

1. That on or about June 1, 2000 the defendant was arrested based on the indictment that had been returned against him in this case.

2. That after a bond hearing, also on June 1, 2000, the defendant was released on a $100,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Lurana S. Snow.

3. One of the conditions of the Defendant's bond was that he continue to reside as his father's residence address in Stuart, Florida which is listed on his appearance bond paperwork.

4. The Defendant is desirous of also staying with his wife and daughter at the residence of a very long time family friend, R. Jerry Randolph, Esquire who resides at 43 Seminole Street, also in Stuart, Florida.