UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

                          Magistrate Judge Snow

    Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and pursuant to Administrative Order 95-02 and U.S.S.G. §6A1.3 and hereby files these, his objections to the Presentence Investigation Report (hereinafter "PSI") and as grounds therefore would state as follows:

1. That on August 1, 2000, the Defendant pled guilty to Count I of the indictment in this case, pursuant to an agreement with the government, which generally charged him with the unlawful importation of Freon into the United States in violation of the law.

2. That currently, sentencing is set in this matter for **Friday, October 6, 2000** at 2:00 p.m. in Ft. Lauderdale.

3. Initially, the Defendant would object to ¶40 of the PSI and requests that the fourth sentence from the end be modified to reflect that the Defendant's child support obligation is $600 per month together with one half of the medical insurance and one half of the uncovered medical expenses. The Defendant also wishes that the paragraph

-1-

reflect that this was the amount agreed to by the parties to the divorce at mediation.

4. The Defendant would request that ¶51 be modified to include the attached letter from John Claro, Esquire of Oklahoma City who has employed the Defendant. While brief mention was made of this within the aforementioned paragraph, the letter is designed as a supplement thereto.

WHEREFORE, the Defendant BERT A. AMMONS respectfully requests that this Court enter an order sustaining his objections to the PSI.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via mailed this 18th day of September 2000 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and to MS. PATRICIA BORAH, United States Probation Officer, 501 South Flagler Drive, Suite #400, West Palm Beach, Florida 33401.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant AMMONS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

# ELLIS, CLARO, MEE & GOODWIN LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW

CHARLES W. ELLIS, PLLC
JOHN ANTHONY CLARO, PLLC
PATRICK H. MEE, PLLC
RICHARD K. GOODWIN, P.C.*
TRAVIS W. WATKINS

*LICENSED ALSO IN CALIFORNIA

SUITE 600 UNION PLAZA
3030 NORTHWEST EXPRESSWAY
OKLAHOMA CITY, OKLAHOMA 73112
TELEPHONE:  405/948-8411
FACSIMILE:   405/948-8414

Friday, August 25, 2000

**VIA FACSIMILE 305/232-1963**

Mr. Phil Horwitz, Esq.
Southpark Center, Suite 328
12651 South Dixie Highway
Miami, Florida 33156

RE:  *E. A. Ammons*

Dear Mr. Horwitz:

Mr. Ammons was actively engaged in repairing damage to the shaft of the starboard transmission on the vessel Vincero, before Mr. Ammons encountered his mishap in Miami. The job remains, obviously, unfinished and everyone involved would be appreciative if Mr. Ammons was allowed to complete the repair of that vessel. Apparently, the vessel will have to be brought into Florida, on one engine, before the transmission can be removed and checked. He has indicated he is ready, willing and able to do so, after his receipt of appropriate permission to do so. It is my understanding that the vessel will be berthed near his facility in Stuart, Florida, until the repair has been completed.

If you have questions on the above, please do not hesitate to contact me.

Very truly yours,

John A. Claro

JAC/tvp

SEP - 5 2000