UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.  CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

   Defendant.  Magistrate Judge Snow

_____/

### MOTION TO RESCHEDULE SENTENCING

COMES NOW the Defendant, BERT A. AMMONS, by and through his undersigned counsel and moves this Court for the entry of an order rescheduling the sentencing in this case and in support thereof would state as follows:

1. That on August 1, 2000 after accepting this Defendant's guilty plea, this Court set the sentencing in this matter for Friday, October 6, 2000 at 2:00 p.m. at the U.S. District Courthouse in Ft. Lauderdale.

2. Subsequent to the date and time being set for the sentencing in this case, United States District Judge Joan A. Lenard granted five defense motions for depositions in the case of <u>United States vs. Gerardo Hernandez, et al.</u>, Case No.: 98-721-CR-LENARD(s)(s). These depositions are set to be taken during the entire week commencing October 2, 2000 in Havana, Cuba. This so-called "Cuban Spy" case is specially set to commence trial on November 6, 2000 in Miami.

3. The logistics in getting these depositions taken in light of the obvious problems in taking federal prosecutors and agents to Cuba are the CIPA requirements that have accompanied the case.

4. Counsel is a sole practitioner and therefore has no one available to cover the aforementioned depositions in Cuba.

5. Defense counsel is not requesting the hearings be continued but merely rescheduled for either before or after the week of October 2.

WHEREFORE, the Defendant BERT A. AMMONS respectfully requests that this Court enter an order rescheduling the aforementioned sentencing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and mailed this 18th day of September, 2000 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and to MS. PATRICIA BORAH, United States Probation Officer, 501 South Flagler Drive, Suite #400, West Palm Beach, Florida 33401..

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant AMMONS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557