UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,
Vs.                          Case No. 00-6136-CR-FERGUSON
BERT A. AMMONS,
        Defendant.
_____/

## ORDER GRANTING REQUEST FOR CONTINUANCE OF SENTENCING

THIS MATTER is before the Court on the above-mentioned request filed by defendant, Bert A. Ammons, on September 19, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The sentencing date originally set for Friday, October 6, 2000, is reset for Friday, November 10, 2000 at 9:00 a.m.

**DONE AND ORDERED** in Fort Lauderdale, Florida this  18th  day of October 2000.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

c:
Thomas Watts-Fitzgerald, AUSA, Philip Horowitz, Esq and U.S. Probation Office.

