UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

BERT A. AMMONS,
    Defendant.
_____/

FILED by AHL D.C.

NOV 2 8 2000

## ORDER

**PLEASE TAKE NOTICE** that this matter has been set for **Sentencing,** on

**Thursday, December 21, 2000** at **9:30 a.m.**, before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

    **DONE AND ORDERED** at Fort Lauderdale, Florida this _28th_ day of November

2000.

TROY T. WALKER
DEPUTY CLERK

cc:
Thomas Watts-Fitzgerald, AUSA
Philip Horowitz, Esq
U.S. Probation Office

