**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 2 ...

CASE # 00-6136-CR-WDF

DEFENDANT Bert A. Ummins        JUDGE     WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER        DATE  December 27, 2000

Court Reporter  Paul Haferling        USPO  R. Pratt

AUSA  J. White-Fitzgerald        Deft's Counsel  Phillip Horowitz, Esq.

COUNTS DISMISSED    All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

**JUDGMENT AND SENTENCE**           Right to Appeal
Imprisonment    Years    Months    Counts
                          2         One

Supervised Release  3 YRS (see J&C for details)

Probation       Years    Months    Counts

Comments _____

Assessment $ 100.00                Fine $  None

Restitution /Other _____
**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 2/15/01

Commitment Recommendation: _____