Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

December 26, 2000

RE: 00-15110-F    USA v. Hugh Hamilton Robinson
DC DKT NO.: 00-06136 CR-WDF

TO:   Clarence Maddox

CC:   Jeffrey M. Voluck

CC:   Thomas A. Watts-Fitzgerald

CC:   Anne Ruth Schultz

CC:   Fred Haddad

CC:   Hon. Wilkie D. Ferguson Jr.

CC:   Administrative File





# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

December 26, 2000



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 00-15110-F      USA v. Hugh Hamilton Robinson
DC DKT NO.: 00-06136 CR-WDF



Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Please acknowledge receipt on the enclosed copy of this letter.

                Sincerely,

                THOMAS K. KAHN, Clerk

                Reply To: Mildred Norwood (404) 335-6185

Enclosures:

    Volume(s) of Record

    Box(es) of Exhibits

    Envelope(s) of Exhibits

## LIMITED REMAND

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 00-15110-F

OO-6136-cr-WDF

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee,

versus

HUGH HAMILTON ROBINSON,
a.k.a., Alexander MaCaulay,

                        Defendant-Appellant.

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 22 2000

THOMAS K. KAHN
CLERK

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: ANDERSON, Chief Judge, CARNES and MARCUS, Circuit Judges.

BY THE COURT:

Appellant's "motion for review of the district court's denial of bond pending appeal", which is construed in part as a motion for limited remand for entry of an order specifying the reasons why the District Court denied Appellant's motion for bond pending appeal is GRANTED. See In Re Smith, 823 F.2d 401, 402 (11th Cir. 1987); see also Federal Rule of Appellate Procedure 9(b). The District Court should enter its order on remand and file it with this Court expeditiously in light of Appellant's short sentence. Upon receipt of the District Court's Order, this Court will review Appellant's motion for bond pending appeal.

This Court notes that attorney Jeffrey Voluck has filed a

motion in the District Court to withdraw as counsel for Appellant and that the motion has not yet been ruled upon. The District Court is requested to rule upon counsel's motion as soon as possible so that this appeal may proceed.