UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO.: 00-6136-CR-FERGUSON

BERT A. AMMONS,

                                  Magistrate Judge Snow

    Defendant.
_____/

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant BERT A. AMMONS by and through his undersigned counsel and moves this Court to enter an order terminating his supervised release and as grounds therefore would state as follows:

### *Statement of the Case*

On May 31, 2000, the defendant was arrested after having been indicted for smuggling freon into the United States. He was released on June 1, 2000 on a personal surety bond. On August 1, 2000, pursuant to a plea agreement with the government, the defendant pled guilty before this Court to Count I of the indictment.

After a PSI was prepared, this court held sentencing in this matter on December 27, 2000. The Court sentenced the defendant to three (3) months in custody, three (3) months of house arrest with electronic monitoring and three years of supervised release.

On February 15, 2001, the defendant reported to his designated facility at Coleman, Florida and commenced service of his sentence. After his release, the

-1-



defendant successfully and uneventfully completed his three months of house arrest on August 18, 2001. As part of this court's sentence, the defendant was referred for substance abuse treatment as required by the United States Probation Office which he has successfully completed drug treatment on September 25, 2001 and the alcohol treatment on December 12, 2001. These dates have been confirmed by United States Probation Officer Ron Manganiello.

### *Authority to Terminate Supervised Release*

Under 18 U.S.C. §3583(e)(1) the Court may terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

### *Reasons for Termination*

Prior to his arrest almost two years ago, the defendant was employed as a boat captain. His income was totally dependent on his nautical abilities. The defendant, a life long resident of Florida, had traversed the Carribean and the east coast of the United States captaining as well as transporting vessels.

Since his arrest, he has been unable to work at his chosen occupation since he has been unable to travel internationally. One of the conditions of the defendant's bond was that he was unable to leave the Southern District of Florida in order to work internationally. Since his release one year ago, the United States Probation Office has also denied permission for the defendant to travel internationally for work purposes.

As a result, the defendant has had to obtain different employment since June

-2-

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963

1, 2000 when he was released on bond. The defendant, an experienced boat captain, has been employed as a handy man in South Florida at a greatly reduced salary from what he was used to. However, the defendant is still known in the business for his nautical prowess and has had to turn down numerous well-paying jobs being either captain or crew on various boats since he cannot travel internationally.

The interests of justice have been met by literally placing the defendant in "dry dock" for nearly two years. The economic impact on the defendant and his family has been more severe since he has been unable to work in his chosen field. He has complied with all aspects of this Court's sentence (including the special assessment) would respectfully request that his supervision be terminated to allow him to return to the sea.

WHEREFORE, the Defendant BERT A. AMMONS respectfully requests that this Court enter an order terminating his supervised release.

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via mailed this 20th day of May 2002 to: THOMAS WATTS-FITZGERALD, ESQUIRE, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and to MR. RONALD MANGANIELLO, United States Probation Officer, 505 South 2nd Street, Suite #320, Ft. Pierce, Florida 34950.

                                                     Respectfully submitted,

                                                     LAW OFFICES OF PHILIP R. HOROWITZ
                                                     Attorney for Defendant AMMONS
                                                     Suite #1910 - Two Datran Center
                                                     9130 South Dadeland Boulevard
                                                     Miami, Florida 33156
                                                     Tel.: (305) 232-1949
                                                     Fax. : (305) 232-1963

                                                     By: PHILIP R. HOROWITZ, ESQUIRE
                                                     Florida Bar No.: 466557