UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  Case No. 00-6316-CR-FERGUSON
         Plaintiff,

Vs.

BERT A. AMMONS
         Defendant.
_____/

### ORDER ON MOTION FOR TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court on defendant's Motion for Early Termination of Supervised Release. Upon consideration of said motion and being otherwise duly advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that the motion be and the same is hereby *DENIED*.

**DONE AND ORDERED** in Fort Lauderdale, Florida this _____ day of June, 2002

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

c:
Thomas Watts-Fitzgerald, AUSA
Philip Horowitz, Esq.,
Ronald Manganiello, USPO (Fort Pierce)